NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICHL, LLC (DOING BUSINESS AS INTELLECTUAL CAPITAL HOLDINGS LIMITED),**
*Plaintiff-Appellant,*

v.

**SONY ELECTRONICS, INC.,**
*Defendant-Appellee,*

AND

**LENOVO, INC.,**
*Defendant-Appellee.*

---

2011-1202

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0065, Judge David J. Folsom.

---

ON MOTION

---

ORDER

Sony Electronics Inc. and Lenovo, Inc. move without opposition for extensions of time to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Sony and Lenovo shall file their response briefs no later than June 2, 2011. ICHL, LLC's reply brief shall be due no later than June 16, 2011.

FOR THE COURT

**MAY 1 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Eric T. Stahl, Esq.
     Luke L. Dauchot, Esq.
     Kevin P.B. Johnson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 8 2011**

**JAN HORBALY**
**CLERK**